Southwest Industrial Rigging
License No. 925898
data thru 10/20/2016

| Work Period | Remit Refno | Delinquency Type | CACM | DUES | HW | SNANN | SWCTF | SWPEN | VAC | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 201404 | 18609A | Contributions | $ - | $ - | $ - | $ - | $ - | $ - | $ (6.09) | $ (6.09) |
| 201411 | 18612A | Contributions | $ - | $ - | $ - | $ (48.00) | $ - | $ - | $ - | $ (48.00) |
| 201309 | 18603A | Audit Contributions | $ 1,391.18 | $ 138,379.23 | $ 46,372.50 | $ 16,543.85 | $ 94,544.24 | | $ 403,658.49 |
| 201309 | 18604A | Audit Contributions | $ 17.88 | $ 360.58 | $ 1,698.60 | $ 596.00 | $ 202.64 | $ 1,165.18 | $ 5,042.16 |
| Total C's | | | $ 1,409.06 | $ 140,077.83 | $ 28,882.27 | $ 46,920.50 | $ 16,746.49 | $ 95,703.33 | $ 78,907.08 | $ 408,646.56 |

| Work Period | Remit Refno | Delinquency Type | DUES | HW | SNANN | SWCTF | SWPEN | VAC | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| 201309 | 18605A | Audit LD | $ 2,852.17 | $ 13,837.93 | $ 4,637.25 | $ 1,654.39 | $ 9,454.43 | $ 7,790.58 | $ 40,226.75 |
| 201309 | 18606A | Audit LD | $ 36.06 | $ 169.86 | $ 59.60 | $ 20.27 | $ 116.52 | $ 100.13 | $ 502.44 |
| Total LD's | | | $ 2,888.23 | $ 14,007.79 | $ 4,696.85 | $ 1,674.66 | $ 9,570.95 | $ 7,890.71 | $ 40,729.19 |

| Work Period | Remit Refno | Delinquency Type | HW | SWPEN | VAC | Grand Total |
|---|---|---|---|---|---|---|
| 201309 | 18601A | Audit Fees | $ 6,117.09 | $ 4,087.33 | $ 3,707.33 | $ 13,911.75 |
| 201309 | 18602A | Audit Fees | $ 78.62 | $ 52.53 | $ 47.65 | $ 178.80 |
| Total Fees | | | $ 6,195.71 | $ 4,139.86 | $ 3,754.98 | $ 14,090.55 |

| Work Period | Remit Refno | Delinquency Type | DUES | HW | SNANN | SWCTF | SWPEN | VAC | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| 201309 | 18607A | Audit Interest | $ 2,360.51 | $ 12,077.04 | $ 4,611.23 | $ 1,408.99 | $ 8,069.66 | $ 7,319.42 | $ 35,846.85 |
| 201309 | 18608A | Audit Interest | $ 55.95 | $ 286.25 | $ 109.29 | $ 33.40 | $ 191.26 | $ 173.48 | $ 849.63 |
| Total Interest | | | $ 2,416.46 | $ 12,363.29 | $ 4,720.52 | $ 1,442.39 | $ 8,260.92 | $ 7,492.90 | $ 36,696.48 |

| GRAND TOTAL | | | | | | | | | $ 500,162.78 |
|---|---|---|---|---|---|---|---|---|---|

EXHIBIT NO. 2
PAGE NO. 16