

# *Carpenters Southwest Administrative Corporation*

533 South Fremont Avenue • Los Angeles, California 90071-1706 • Tel: 213-386-8590 • Toll Free: 800-293-1370

www.carpenterssw.org

November 16, 2015

Southwest Industrial Rigging
2802 West Palm Lane
Phoenix, AZ 85009

Subject:   Audit of Account #(s)   AZ925898
           Audit Invoice #(s)      21042
           Audit Period            09/01/13  thru  12/31/14

Dear Contributing Employer:

Carpenters Southwest Administration Corporation has completed the above-referenced audit. Enclosed is a copy of our Audit Invoice(s) with attached reports showing underreported hours as determined by the audit of your records.

We ask for your cooperation in reviewing this billing immediately. If you agree with the billing, we trust that payment of $493,643.84 will be forthcoming immediately.

Should you wish to discuss these findings, you must telephone, email or write this office within (15) days. Please be prepared to provide documents or records to support your position.

In the event that we do not hear from you we will assume that you agree with the audit findings and we will move forward with collections. Please be mindful of several potential consequences should our office not receive a timely response:

1. Employers may be liable when the Audit Invoice is processed as this may establish eligibility for employees who are subsequently deemed ineligible;
2. Employers responding after the fifteen (15) day time limit may be liable for past claims by the Trust;
3. Employers, in the event of a late response may be assessed service fees by the Administrative Office at a rate of $100.00 per hour for data entry adjustments.

To avoid the above potential occurrences, it is imperative that you contact Jason Kim at 213-739-9334 or jkim@carpenterssw.org as soon as p       and before the deadline noted to communicate any disputed hours. Thank you in advance for your anticip.       .nderstanding and cooperation.

Sincerely,

[signature]

Dulce Noyuga
Field Auditor, Audit & Collections
Carpenters Southwest Administration Corporation

Enclosures

cc:   Jason Kim, Audit & Collections

SOUTHWEST CARPENTERS HEALTH & WELFARE TRUST • SOUTHWEST CARPENTERS PENSION TRUST • SOUTHWEST CARPENTERS VACATION TRUST • SOUTHWEST CARPENTERS TRAINING FUND

EXHIBIT NO. 3
PAGE NO. 17

## SOUTHWEST CARPENTERS TRUSTS
### 533 S. Fremont Avenue, Los Angeles, CA 90071
### AUDIT INVOICE

| | | | |
|---|---|---|---|
| Date: | 11/16/15 | Hours Due: | 23,186.25 |
| Employer Name: | Southwest Industrial Rigging | Audit Invoice# | 21042 |
| Audit Period: | 09/01/13 thru 12/31/14 | License# | AZ925898 |
| | | Auditor Name | Dulce Mayuga |

**CONTRIBUTIONS**

| | |
|---|---|
| Health & Welfare | $ 138,379.23 |
| Pension | $ 94,544.24 |
| Vacation | $ 77,905.80 |
| Supplemental Dues | $ 28,521.69 |
| Apprenticeship | $ 16,543.85 |
| Industry Advancement | $ 0.00 |
| Residential Fund | $ 0.00 |
| Greivance Fund | $ 0.00 |
| Annuity Fund | $ 46,372.50 |
| MEA Advancement Fund | $ 0.00 |
| Contract Admin Fund | $ 1,391.18 |
| Carp/Contr Coop Com Fund | $ 0.00 |
| Acoustical Ind Adv Fund | $ 0.00 |
| Sunday/Holiday | $ 0.00 |
| Carp/CNT Workers Comp | $ 0.00 |
| Drywall Contract Admin | $ 0.00 |
| CAF/AGC | $ 0.00 |
| Build New Mexico | $ 0.00 |
| Safety | $ 0.00 |
| **Total Contributions** | **$ 403,658.49** |

**LIQUIDATED DAMAGES**

| | |
|---|---|
| Health & Welfare Liquidated Damages | $ 13,837.93 |
| Pension Liquidated Damages | $ 9,454.43 |
| Vacation Liquidated Damages | $ 7,790.58 |
| Supplemental Dues Liquidated Damages | $ 2,852.17 |
| Apprenticeship Liquidated Damages | $ 1,654.39 |
| Annuity Liquidated Damages | $ 4,637.25 |
| Drywall Contract Admin | $ 0.00 |
| CAF/AGC | $ 0.00 |
| **Total Liquidated Damages** | **$ 40,226.75** |

**TOTAL AUDIT INTEREST** ............ $ 35,846.85

**TOTAL AUDIT FEES** ............ $ 13,911.75

**TOTAL AUDIT FINDINGS FOR ALL TRUSTS** ............ $ 493,643.84

| | |
|---|---|
| Unpaid Reports | $ 0.00 |
| Bad Checks | $ 0.00 |
| Previously Assessed Liquidated Damages | $ 0.00 |

**TOTAL AMOUNT DUE** ............ $ 493,643.84

11/16/2015
8:43 AM

CONTRACTOR: Southwest Industrial Riggi
LICENSE: AZ925898
BILLING DATE: 11/16/2015
AUDIT INVOICE # 21042

| SSN | NAME | R/C | CONTRACT | MO/YR | ACTUAL HOURS WORKED ST. | OT. | DT. | SU/HOL | REPORTED HOURS ST. | OT. | DT. | SU/HOL | HOURS CLAIMED ST. | OT. | DT. | SU/HOL | CONTRIBUTIONS DUE | INTEREST DUE | LIQUIDATED DAMAGES DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-6432 | Allen, Michael | MEA | 6774a | Dec-13 | 658.00 | | | | | | | | 658.00 | | | | $ 11,133.36 | $ 1,571.16 | $ 1,109.39 |
| XXX-XX-1400 | Blaha, Aaron | MEA | 6774a | Dec-13 | 233.25 | | | | | | | | 233.25 | | | | $ 3,946.59 | $ 556.95 | $ 393.26 |
| | Brennan, Thomas | MEA | 6774a | Dec-13 | 329.75 | | | | | | | | 329.75 | | | | $ 5,579.37 | $ 787.37 | $ 555.96 |
| XXX-XX-3235 | Bryant, Ryan | MEA | 6774a | Dec-13 | 85.00 | | | | | | | | 85.00 | | | | $ 1,438.20 | $ 202.97 | $ 143.31 |
| XXX-XX-2747 | Estrada, Daniel | MEA | 6774a | Dec-13 | 934.50 | | | | | | | | 934.50 | | | | $ 15,811.74 | $ 2,231.38 | $ 1,575.57 |
| XXX-XX-9007 | Goss, Gary | MEA | 6774a | Dec-13 | 1,003.50 | | | | | | | | 1,003.50 | | | | $ 16,979.22 | $ 2,396.13 | $ 1,691.91 |
| XXX-XX-1149 | Heiden, Harry | MEA | 6774a | Dec-13 | 420.75 | | | | | | | | 420.75 | | | | $ 7,119.09 | $ 1,004.66 | $ 709.39 |
| XXX-XX-9189 | Jacobi, Robert | MEA | 6774a | Dec-13 | 866.00 | | | | | | | | 866.00 | | | | $ 14,652.72 | $ 2,067.81 | $ 1,460.08 |
| XXX-XX-4988 | Lay, Tracey | MEA | 6774a | Dec-13 | 864.00 | | | | | | | | 864.00 | | | | $ 14,618.88 | $ 2,063.04 | $ 1,456.71 |
| XXX-XX-4386 | Melendez, Sam | MEA | 6774a | Dec-13 | 567.50 | | | | | | | | 567.50 | | | | $ 9,602.10 | $ 1,355.07 | $ 956.81 |
| XXX-XX-9301 | Nelson, Scott | MEA | 6774a | Dec-13 | 306.00 | | | | | | | | 306.00 | | | | $ 5,177.52 | $ 730.66 | $ 515.92 |
| XXX-XX-2005 | Rasko, Gregory | MEA | 6774a | Dec-13 | 335.00 | | | | | | | | 335.00 | | | | $ 5,668.20 | $ 799.91 | $ 564.81 |
| XXX-XX-2084 | Shearer, Robert | MEA | 6774a | Dec-13 | 1,039.00 | | | | | | | | 1,039.00 | | | | $ 17,579.88 | $ 2,480.90 | $ 1,751.76 |
| XXX-XX-6432 | Allen, Michael | MEA | 7336a | Dec-14 | 2,185.25 | | | | | | | | 2,185.25 | | | | $ 38,569.66 | $ 2,474.13 | $ 3,843.86 |
| XXX-XX-1400 | Blaha, Aaron | MEA | 7336a | Dec-14 | 55.75 | | | | | | | | 55.75 | | | | $ 983.99 | $ 63.13 | $ 98.07 |
| | Bryan, Bradley | MEA | 7336a | Dec-14 | 451.00 | | | | | | | | 451.00 | | | | $ 7,960.15 | $ 510.62 | $ 793.31 |
| XXX-XX-2747 | Estrada, Daniel | MEA | 7336a | Dec-14 | 2,417.50 | | | | | | | | 2,417.50 | | | | $ 42,668.88 | $ 2,737.08 | $ 4,252.39 |
| XXX-XX-7305 | Francis, Peter | MEA | 7336a | Dec-14 | 351.00 | | | | | | | | 351.00 | | | | $ 6,195.15 | $ 397.40 | $ 617.41 |
| XXX-XX-9001 | Goss, Gary | MEA | 7336a | Dec-14 | 2,247.25 | | | | | | | | 2,247.25 | | | | $ 39,663.96 | $ 2,544.32 | $ 3,952.92 |
| XXX-XX-1958 | Howe, Curtis | MEA | 7336a | Dec-14 | 2,357.00 | | | | | | | | 2,357.00 | | | | $ 41,601.05 | $ 2,668.58 | $ 4,145.97 |
| XXX-XX-2956 | Jim, Lemanuel | MEA | 7336a | Dec-14 | 1,635.00 | | | | | | | | 1,635.00 | | | | $ 28,857.75 | $ 1,851.14 | $ 2,875.97 |
| XXX-XX-9301 | Nelson, Scott | MEA | 7336a | Dec-14 | 1,551.25 | | | | | | | | 1,551.25 | | | | $ 27,379.56 | $ 1,756.32 | $ 2,728.65 |
| XXX-XX-2084 | Shearer, Robert | MEA | 7336a | Dec-14 | 2,293.00 | | | | | | | | 2,293.00 | | | | $ 40,471.45 | $ 2,596.12 | $ 4,033.39 |
| | | | | | | | | | | | | | | | | | $ - | $ - | |
| | | | | | | | | | | | | | | | | | $ - | $ - | |
| | | | | | | | | | | | | | | | | | $ - | $ - | |
| | | | | | 23186.25 | | | | | | | | 23186.25 | | | | $ 403,658.47 | $ 35,846.85 | $ 40,226.82 |

EXHIBIT NO. 3
PAGE NO. 19

1 of 1

**Carpenters Southwest Administrative Corporation**

533 South Fremont Avenue • Los Angeles, California 90071-1706 • Tel: 213-386-8590 • Toll Free: 800-293-1370
www.carpenterssw.org

January 27, 2016

Southwest Industrial Rigging
2802 West Palm Lane
Phoenix, AZ 85009

Subject: Carpenters Trusts Audit Report and Audit Invoice - **Lic. # AZ925898**
Check Stub Audit #     C3469

Dear Contributing Employer:

Enclosed is an audit invoice indicating, by the Carpenters Southwest Adminsitrative Corporation, the discrepancies found in a check stub audit for the identified participant(s) and the amounts due to each Trust. Please submit your check to cover these underpayments.

The Board of Trustees recognizes that you may have questions regarding the audit report and that there may have been extenuating circumstances which caused the discrepancies. Therefore when payment in full for the audit delinquencies has been made, you may submit an appeal, in writing, to the Delinquency Committee of the Trusts and request an appearance before them.

Your request for a hearing must state clearly in detail the reasons for your appeal and must be received by the Administrative Office within 20 days of receipt of this letter.

Reference to, and review of, Article 20, Paragraphs 2002-2002.1 of the Master Labor Agreement and the Trust Agreement may clarify the reasons for the audit billing you received and also assist you to determine the validity of your appeal.

Payment of the amounts billed should be made promptly. If you have any questions, please contact Jason Kim at (213) 739-9334.

Your cooperation in this matter will be appreciated.

Sincerely,

Dulce Mayuga
Audit and Collections Department
Enclosures
cc: Audit File

SOUTHWEST CARPENTERS HEALTH & WELFARE TRUST • SOUTHWEST CARPENTERS PENSION TRUST • SOUTHWEST CARPENTERS VACATION TRUST • SOUTHWEST CARPENTERS TRAINING FUND

EXHIBIT NO. 3
PAGE NO. 20

**SOUTHWEST CARPENTERS TRUSTS**
533 S. Fremont Avenue, Los Angeles, CA 90071
**AUDIT INVOICE**

| | | | |
|---|---|---|---|
| Date: | 01/27/16 | Hours Due: | 298.00 |
| Employer Name: | Southwest Industrial Rigging | Audit Invoice# | C3469 |
| Audit Period: | 09/01/13 thru 12/31/14 | License# | AZ925898 |
| | | Auditor Name | Dulce Mayuga |

**CONTRIBUTIONS**

| | |
|---|---:|
| Health & Welfare | $ 1698.60 |
| Pension | $ 1165.18 |
| Vacation | $ 1001.28 |
| Supplemental Dues | $ 360.58 |
| Apprenticeship | $ 202.64 |
| Industry Advancement | $ 0.00 |
| Residential Fund | $ 0.00 |
| Greivance Fund | $ 0.00 |
| Annuity Fund | $ 596.00 |
| MEA Advancement Fund | $ 0.00 |
| Contract Admin Fund | $ 17.88 |
| Carp/Contr Coop Com Fund | $ 0.00 |
| Acoustical Ind Adv Fund | $ 0.00 |
| Sunday/Holiday | $ 0.00 |
| Carp/CNT Workers Comp | $ 0.00 |
| Drywall Contract Admin | $ 0.00 |
| CAF/AGC | $ 0.00 |
| Build New Mexico | $ 0.00 |
| Safety | $ 0.00 |
| **Total Contributions** | **$ 5,042.16** |

**LIQUIDATED DAMAGES**

| | |
|---|---:|
| Health & Welfare Liquidated Damages | $ 169.86 |
| Pension Liquidated Damages | $ 116.52 |
| Vacation Liquidated Damages | $ 100.13 |
| Supplemental Dues Liquidated Damages | $ 36.06 |
| Apprenticeship Liquidated Damages | $ 20.27 |
| Annuity Liquidated Damages | $ 59.60 |
| Drywall Contract Admin | $ 0.00 |
| CAF/AGC | $ 0.00 |
| **Total Liquidated Damages** | **$ 502.44** |

**TOTAL AUDIT INTEREST** ........ $ 849.63

**TOTAL AUDIT FEES** ........ $ 178.80

**TOTAL AUDIT FINDINGS FOR ALL TRUSTS** ........ $ 6573.03

| | |
|---|---:|
| Unpaid Reports | $ 0.00 |
| Bad Checks | $ 0.00 |
| Previously Assessed Liquidated Damages | $ 0.00 |

**TOTAL AMOUNT DUE** ........ $ 6573.03

EXHIBIT NO. 3
PAGE NO. 21

2/3/2016
3:37 PM

| CONTRACTOR: | Southwest Industrial Rigging |
|---|---|
| LICENSE: | AZ925898 |
| BILLING DATE: | 1/27/2016 |
| AUDIT INVOICE # | C3469 |

| SSN | NAME | R/C | CONTRACT | MO/YR | ACTUAL HOURS WORKED ||||| REPORTED HOURS ||||| HOURS CLAIMED ||||| CONTRIBUTIONS DUE | INTEREST DUE | LIQUIDATED DAMAGES DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ST. | OT. | DT. | SU/HOL | ST. | OT. | DT. | SU/HOL | ST. | OT. | DT. | SU/HOL | | | |
| -9432 | Paul A Sewell | MEA | 6774a | Sep-13 | 40.00 | | | | | | | | 40.00 | | | | $ 676.80 | $ 117.22 | $ 67.44 |
| -9432 | Paul A Sewell | MEA | 6774a | Sep-13 | 40.00 | | | | | | | | 40.00 | | | | $ 676.80 | $ 117.22 | $ 67.44 |
| -9432 | Paul A Sewell | MEA | 6774a | Oct-13 | 40.00 | 34.00 | | | | | | | 40.00 | 34.00 | | | $ 1,252.08 | $ 208.83 | $ 124.77 |
| -9432 | Paul A Sewell | MEA | 6774a | Oct-13 | 40.00 | 32.00 | | | | | | | 40.00 | 32.00 | | | $ 1,218.24 | $ 203.18 | $ 121.40 |
| -9432 | Paul A Sewell | MEA | 6774a | Oct-13 | 40.00 | 32.00 | | | | | | | 40.00 | 32.00 | | | $ 1,218.24 | $ 203.18 | $ 121.40 |
| | | | | | 200.00 | 98.00 | | | | | | | 200.00 | 98.00 | | | $ 5,042.16 | $ 849.63 | $ 502.45 |

1 of 1

EXHIBIT NO. 3
PAGE NO. 22