Southwest Industrial Rigging
License No. 925898
data thru 10/20/2016

| Work Period | Remit Refn | Delinquency Type | CACM | DUES | HW | SNANN | SWCTF | SWPEN | VAC | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 201411 | 18612A | Contributions | $ - | $ - | $ - | $ (48.00) | $ - | $ - | $ - | $ (48.00) |
| 201309 | 18603A | Audit Contributions | $ - | $ 28,521.69 | $ - | $ 46,372.50 | $ - | $ - | $ 77,905.80 | $ 152,799.99 |
| 201309 | 18604A | Audit Contributions | $ - | $ 360.58 | $ - | $ 596.00 | $ - | $ - | $ 1,001.28 | $ 1,957.86 |
| Total C's | | | $ - | $ 28,882.27 | $ - | $ 46,920.50 | $ - | $ - | $ 78,907.08 | $ 154,709.85 |

EXHIBIT NO. 4
PAGE NO. 23