NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jodi Siegner, Esq., Bar No. 102884
Email address: jsiegner@deconsel.com
DeCARLO & SHANLEY, a Professional Corporation
533 S. Fremont Ave., 9th Floor
Los Angeles, CA 90071-1706
Phone:213-488-4100 & Fax:213-488-4180

ATTORNEYS FOR   Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARPENTERS SOUTHWEST ADMINISTRATIVE
CORPORATION, a California non-profit
corporation; et al.,

v.

Plaintiff(s),

CASE NUMBER

H K B Inc., an Arizona corporation, doing business
as SOUTHWEST INDUSTRIAL RIGGING;
HARRY KENT BAKER, an individual; et al.,

Defendant(s)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Carpenters Southwest Administrative Corporation; and Board of Trustees for the Carpenters Southwest Trusts
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Carpenters Southwest Administrative Corporation, a California non-profit corporation | PLAINTIFF |
| Board of Trustees for the Carpenters Southwest Trusts | PLAINTIFF |
| H K B Inc., an Arizona corporation, doing business as Southwest Industrial Rigging | DEFENDANT |
| Harry Kent Baker, an individual | DEFENDANT |
| Scott William Miller, an individual | DEFENDANT |
| James Douglas Wilson, an individual | DEFENDNAT |
| DOES 1 through 10, inclusive | DEFENDANT |

October 28, 2016

Date

Sign

JODI SIEGNER, Attorneys for Plaintiffs
Attorney of record for or party appearing in pro per

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: