Name and address:
Thomas Davis, Bar No. 202382
Jodi Siegner, Bar No. 102884
DeCarlo & Shanley,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Phone: 213-488-4100 & Fax: 213-488-4180

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carpenters Southwest Administrative Corporation, a California non-profit corporation, et al., <br> v. <br> PLAINTIFF(S) <br><br> H K B Inc., an Arizona corporation, etc., <br><br> DEFENDANT(S) | CASE NUMBER: <br> CV 16-08040 MWF (SKx) <br><br> NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |
|---|---|

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note**: *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name:   Thomas Davis                                                         CA Bar Number:  202382

Firm or agency:   DeCarlo & Shanley, a Professional Corporation

Address:   533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706

Telephone Number:   213-488-4100                          Fax Number:   213-488-4180

Email:   tdavis@deconsel.com

Counsel of record for the following party or parties:   Carpenters Southwest Administrative Corporation, formerly known as Carpenters Southern California Administrative Corporation

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

- ☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

- ☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

- ☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

- ☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

- ☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

- ☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO  ☐ FPDO  ☐ CJA Appointment  ☐ Pro Bono  ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

- ☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____ .

- ☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
  *(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

- ☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____ .

- ☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____ .

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: November 4, 2016        Signature: *[signature]*

Name: Thomas Davis
DeCarlo & Shanley, Attorneys for Plaintiffs

## PROOF OF SERVICE (By Mail)
(Carpenters v. H K B Inc., etc.,)
(USDC Case No. CV 16-08040 MWF (SKx))

     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is:  DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California  90071-1706.

     On November 8, 2016, I served a copy of the foregoing document, described as:
**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL (add Thomas Davis)**

**on defendants, addressed as follows:**

| | |
|---|---|
| H K B Inc., an Arizona corporation, doing business as Southwest Industrial Rigging<br>2801 West Palm Lane<br>Phoenix, AZ 85009 | Scott William Miller, an individual<br>2801 West Palm Lane<br>Phoenix, AZ 85009 |
| Harry Kent Baker, an individual<br>2801 West Palm Lane<br>Phoenix, AZ 85009 | James Douglas Wilson, an individual<br>2801 West Palm Lane<br>Phoenix, AZ 85009 |

     in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]** **(BY DEPOSIT FOR COLLECTION)**  I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing.  Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business.  Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

     I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on November 8, 2016, at Los Angeles, California.**

**[X]** **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco