# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER, an individual; SCOTT WILLIAM MILLER, an individual; JAMES DOUGLAS WILSON, an individual,<br><br>Defendants. | No. 2:16-cv-08040-MWF-SK<br><br>**[PROPOSED] ORDER RE: DEFENDANT HKB, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Assigned to Hon. Michael W. Fitzgerald |

Defendant HKB, Inc.'s Motion to Dismiss Or, In The Alternative, To Transfer Venue, was heard and FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT: Defendant's Motion to Dismiss, Or, In The Alternative, To Transfer Venue, is granted.

**IT IS SO ORDERED**.

CORE/3008422.0002/130464899.1