Javier Torres (271538)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: javier.torres@stinson.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging,
Harry Kent Baker, Scott William Miller, and
James Douglas Wilson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER, an individual; SCOTT WILLIAM MILLER, an individual; JAMES DOUGLAS WILSON, an individual,<br><br>Defendants. | No. 2:16-cv-08040-MWF-SK<br><br>**DEFENDANTS HARRY KENT BAKER, SCOTT WILLIAM MILLER, AND JAMES DOUGLAS WILSON'S JOINDER IN MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Assigned to Hon. Michael W. Fitzgerald |

CORE/3008422.0002/130508510.1

Defendants Harry Kent Baker, Scott William Miller, and James Douglas Wilson (collectively, "the Individual Defendant") join the December 5, 2016 Motion to Dismiss Or, In The Alternative, To Transfer Venue ("Motion") filed by HKB, Inc., dba Southwest Industrial Rigging ("Southwest"). For the reasons set forth in the Motion, dismissal of the Complaint is proper; in the alternative, transfer to the District of Arizona is proper. In particular: the Individual Defendants work and reside in Arizona, not California; none of the Individual Defendants own property in California; none of the Individual Defendants have a California phone number, address, or other contact information; none of the Individual Defendants have contact with or affiliation with any lawyers, litigants, or witnesses in California; none of the Individual Defendants have ever been party to a lawsuit in California; with regards to the Memorandum Agreement which Plaintiffs attached to the Complaint in this action, the Individual Defendants: never knew of the Memorandum Agreement, never consented to the Memorandum Agreement, never ratified the Memorandum Agreement, never received any benefits under the Memorandum Agreement, never had the expectation of receiving benefits under the Memorandum Agreement, and did not sign and were not a party to the Memorandum Agreement; with regards to the Union, the Individual Defendants never received any benefits from the Union and never knew the Union purported to offer them benefits, nor would they accept such benefits from the Union; with regards to the Trust, the Individual Defendants: never received any benefits from the Trust, and never knew the Trust purported to offer them benefits, nor would they accept such benefits from the Trust; and, to the extent possible, Southwest avoids doing business in California in an effort to avoid the additional costs of complying with California-specific regulations which do not exist in Arizona.[1] Furthermore, none of the Individual Defendants

---

[1] *See* Exhibit 1, December 7, 2016 James Douglas Wilson. Mr. Wilson submits his declaration both on his behalf, and additionally testifies on information and belief regarding Messrs. Baker and Miller, who have been out of town and unreachable

CORE/3008422.0002/130508510.1

have minimum contacts with the forum, *International Shoe Co. v. Washington*, 326 U.S. 310 (1945), and none of the Individual Defendants have availed themselves of the benefits and protections of the forum. *Burger King v. Rudzewicz*, 471 U.S. 462 (1985). The Motion should be granted as to the Individual Defendants.

  RESPECTFULLY SUBMITTED 7th day of December, 2016.

          **STINSON LEONARD STREET LLP**

      By: /s/ *Javier Torres*
         Javier Torres
         1850 North Central Avenue, Suite 2100
         Phoenix, Arizona 85004-4584
         Attorneys for HKB, Inc., dba Southwest Industrial Rigging, Harry Kent Baker, Scott William Miller, and James Douglas Wilson

---

for some time. Plaintiffs refused Defendants' recent request for an extension to respond to the Complaint.

CORE/3008422.0002/130508510.1

# PROOF OF SERVICE

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 1850 North Central Avenue, Suite 2100, Phoenix, Arizona 85004.

3. On December 7, 2016 I mailed from Phoenix, Arizona the following documents: **DEFENDANTS HARRY KENT BAKER, SCOTT WILLIAM MILLER, AND JAMES DOUGLAS WILSON'S JOINDER IN MOTION TO DISMISS or, IN THE ALTERNATIVE, TO TRANSFER VENUE; EXHIBIT 1.**

4. I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this businesses practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelopes was addressed and mailed as follows:

Daniel Shanley
DeCarlo & Shanley
533 South Freemont Avenue, Ninth Floor
Los Angeles, California 90071-1706

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  December 7, 2016

/s/ *Cynthia Fischer*

CORE/3008422.0002/130508510.1