# EXHIBIT 1

Javier Torres (271538)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: javier.torres@stinson.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging, Harry Kent Baker, Scott William Miller, and James Douglas Wilson

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER, an individual; SCOTT WILLIAM MILLER, an individual; JAMES DOUGLAS WILSON, an individual,<br><br>Defendants. | No. 2:16-cv-08040-WMF-SK<br><br>**DECLARATION OF JAMES DOUGLAS WILSON** |

I, James Douglas Wilson, declare as follows:

1. I am Chief Financial Officer of HKB, Inc., which does business in Arizona as Southwest Industrial Rigging ("Southwest"). I submit this declaration for the sole purpose of joining Southwest's motion to dismiss this lawsuit or transfer venue.

2. I work and reside in Arizona.

3. Upon information and belief, Messrs. Harry Kent Baker ("Baker") and Scott William Miller ("Miller") work and reside in Arizona.

4. I do not own any property in California.

5. Upon information and belief, Messrs. Baker and Miller do not own any property in California.

6. I do not have a California phone number, address or other contact information.

CORE/3008422.0002/130510000.1

7. Upon information and belief, Messrs. Baker and Miller do not have a California phone number, address or other contact information.

8. I have no contact with or affiliation with any lawyers, litigants, or witnesses in California.

9. Upon information and belief, Messrs. Baker and Miller have no contact with or affiliation with any lawyers, litigants, or witnesses in California.

10. I have never been party to a lawsuit in California.

11. Upon information and belief, Messrs. Baker and Miller have never been party to a lawsuit in California.

12. With regards to the Memorandum Agreement which Plaintiffs attached to the Complaint in this action: I never knew of the Memorandum Agreement; I never consented to the Memorandum Agreement; I never ratified the Memorandum Agreement; I never received any benefits under the Memorandum Agreement; I never had the expectation of receiving benefits under the Memorandum Agreement; I did not sign and was not a party to the Memorandum Agreement.

13. Upon information and belief, with regards to the Memorandum Agreement which Plaintiffs attached to the Complaint in this action, Messrs. Baker and Miller: never knew of the Memorandum Agreement; never consented to the Memorandum Agreement; never ratified the Memorandum Agreement; never received any benefits under the Memorandum Agreement; never had the expectation of receiving benefits under the Memorandum Agreement; did not sign and were not parties to the Memorandum Agreement.

14. With regards to the Union: I never received any benefits from the Union; I never knew the Union purported to offer me benefits, nor would I accept such benefits from the Union.

15. Upon information and belief, with regards to the Union, Messrs. Baker and Miller: never received any benefits from the Union; never knew the Union purported to offer them benefits, nor would they accept such benefits from the Union

16. With regards to the Trust: I never received any benefits from the Trust; I never knew the Trust purported to offer me benefits, nor would I accept such benefits from the Trust.

17. Upon information and belief, with regards to the Trust, Messrs. Baker and Miller: never received any benefits from the Trust; never knew the Trust purported to offer them benefits, nor would they accept such benefits from the Trust.

18. To the extent possible, Southwest avoids doing business in California in an effort to avoid the additional costs of complying with California-specific regulations which do not exist in Arizona.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 7th day of December, 2016 in PHOENIX, Arizona.

By: _James Douglas Wilson_

James Douglas Wilson

CORE/3908422.0002/130510000.1

3