Javier Torres (271538)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: javier.torres@stinson.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging; Harry Kent Baker, Scott William Miller and James Douglas Wilson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiff(s)<br>v.<br>HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER, an individual; SCOTT WILLIAM MILLER, an individual; JAMES DOUGLAS WILSON, an individual,<br><br>Defendant(s). | CASE NUMBER 2:16-cv-08040-MWF-SK<br><br>Click here to enter the case number.<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| HOLLAND, JR., JAMES E. | of | STINSON LEONARD STREET LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 1850 North Central Avenue, Suite 2100 |
| 602-279-1600           602-240-6925 | | Phoenix, Arizona  85004 |
| *Telephone Number        Fax Number* | | |
| James.holland@stinson.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

for permission to appear and participate in this case on behalf of

HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER; SCOTT WILLIAM MILLER; JAMES DOUGLAS WILSON

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

| Torres, Javier | of | STINSON LEONARD STREET LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 1850 North Central Avenue, Suite 2100 |
| 271538           602-279-1600           602-240-6925 | | Phoenix, Arizona  85004 |
| *Designee's Cal. Bar No.    Telephone Number    Fax Number* | | |

| Javier.torres@stinson.com | |
|---|---|
| *E-Mail Address* | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**