# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carpenters Southwest Administrative Corporation, et al., <br><br> PLAINTIFF(S) <br> v. <br> H K B, Inc., et al., <br><br> DEFENDANT(S). | CASE NUMBER <br> CV 16-8040 MWF (SKx) <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 12/14/2016 | 13 | Application to Appear Pro Hac Vice |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by December 22, 2016 .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

    The amended application shall correct the deficiencies noted in the Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application (Docket No. 14).

                                                                                  Clerk, U.S. District Court

Dated: December 15, 2016            By: Rita Sanchez/sjm
                                                           Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge