Javier Torres (271538)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:     javier.torres@stinson.com

Nicholas J. Begakis (253588)
nick.begakis@limnexus.com
**LimNexus LLP**
1055 West Seventh Street, 28th Floor
Los Angeles, California 90017
Phone: (213) 955-9500
Fax: (213) 955-9511

Attorneys for HKB, Inc., dba Southwest Industrial Rigging

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER, an individual; SCOTT WILLIAM MILLER, an individual; JAMES DOUGLAS WILSON, an individual,<br><br>　　　　　Defendants. | No. 2:16-cv-08040-MWF-SK<br><br>**NOTICE OF APPERANCE OF NICHOLAS J. BEGAKIS ON BEHALF OF DEFENDANTS**<br><br>Assigned to Hon. Michael W. Fitzgerald |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of Nicholas J. Begakis as
3  counsel of record for the Defendants in the above-captioned matter.  It is
4  respectfully requested that, going forward, copies of all pleadings and notices
5  pertaining to the above-entitled matter be forwarded to counsel at the following
6  address:

Nicholas J. Begakis
LimNexus, LLP
1055 West Seventh Street, 28th Floor
Los Angeles, California 90012
Telephone: (213) 955-9500
Facsimile: (213) 955-9511
Email: nick.begakis@limnexus.com

LimNexus, LLP

Dated:  December 22, 2016        By:        /s/
                                 Nicholas J. Begakis
                                 Attorneys for Defendants

{01118440}NOTICE OF APPEARANCE OF
NICHOLAS J. BEGAKIS