Javier Torres (271538)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: javier.torres@stinson.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER, an individual; SCOTT WILLIAM MILLER, an individual; JAMES DOUGLAS WILSON, an individual,<br><br>Defendants. | No. 2:16-cv-08040-MWF-SK<br><br>**REPLY RE: APPLICATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS (DOC # 11, 12)**<br><br>**(Expedited Consideration Requested)**<br><br>Assigned to Hon. Michael W. Fitzgerald |

Virtually everything that the Funds said in their Response is wrong. Rather than refute their arguments point-by-point, we simply refer to the Ninth Circuit's decision in *Ahanchian v. Xenon Pictures*.[1] The facts in that case are almost identical to this one, including an *ex parte* request to extend a deadline beyond a holiday weekend. A copy of that case is attached as Exhibit A.

---

[1] 624 F.3d 1253 (9th Cir. 2010)

CORE/3008422.0002/130748037.1

1 | RESPECTFULLY SUBMITTED this 22nd day of December 2016.

**STINSON LEONARD STREET LLP**

By: /s/ *Javier Torres*
Javier Torres
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Southwest Industrial Rigging

## PROOF OF SERVICE

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 1850 North Central Avenue, Suite 2100, Phoenix, Arizona 85004.

3. On December 22, 2016 I mailed from Phoenix, Arizona the following documents: **REPLY RE: APPLICATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS (DOC # 11, 12); EXHIBIT A.**

4. I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this businesses practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelopes was addressed and mailed as follows:

Daniel Shanley
DeCarlo & Shanley
533 South Freemont Avenue, Ninth Floor
Los Angeles, California 90071-1706

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  December 22, 2016

/s/ *Cynthia Fischer*
Cynthia Fischer

CORE/3008422.0002/130748037.1