CERTIFICATE OF GOOD STANDING
ISSUED BY THE DISCIPLINARY CLERK
FOR AND ON BEHALF OF
THE SUPREME COURT OF ARIZONA

    The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JAMES EDWARD HOLLAND, JR.,** admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 22, 2002 is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

    Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this December 9, 2016.

*Amanda McQueen*
Amanda McQueen
Disciplinary Clerk