Nicholas J. Begakis (253588)
**LIMNEXUS LLP**
1055 West Seventh Street, 28th Floor
Los Angeles, California 90017
Tel: (213) 955-9500
Fax: (213) 955-9511
Email: nick.begakis@LimNexus.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging; Harry Kent Baker, Scott William Miller and James Douglas Wilson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiff(s)<br>v.<br>HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER, an individual; SCOTT WILLIAM MILLER, an individual; JAMES DOUGLAS WILSON, an individual,<br><br>Defendant(s). | CASE NUMBER 2:16-cv-08040-MWF-SK<br><br>**(PROPOSED) ORDER ON AMENDED APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

HOLLAND, JR., JAMES E.
*Applicant's Name (Last Name, First Name & Middle Initial)*
602-279-1600        602-240-6925
*Telephone Number*        *Fax Number*
James.holland@stinson.com
*E-Mail Address*

of

STINSON LEONARD STREET LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER; SCOTT WILLIAM MILLER; JAMES DOUGLAS WILSON

*Name(s) of Party(ies) Represent*      ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Begakis, Nicholas J.
*Designee's Name (Last Name, First Name & Middle Initial)*
253588            213-955-9500         213-955-9511
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

of

**LimNexus LLP**
1055 West Seventh Street, 28th Floor
Los Angeles, California 90017

| nick.begakis@LimNexus.com | |
|---|---|
| *E-Mail Address* | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

                                      **U.S. District Judge/U.S. Magistrate Judge**