NOTE CHANGES MADE BY COURT.



FILED
CLERK, U.S. DISTRICT COURT
12/22/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER, an individual; SCOTT WILLIAM MILLER, an individual; JAMES DOUGLAS WILSON, an individual,<br><br>Defendants. | No. 2:16-cv-08040-MWF-SK<br><br>**ORDER RE: EX PARTE APPLICATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS (DOC # 11, 12)**<br><br>Assigned to Hon. Michael W. Fitzgerald |

The Court has considered Defendant HKB, Inc. dba Southwest Industrial Rigging, Harry Kent Baker, Scott William Miller, and James Douglas Wilson (collectively, "Defendants") Ex Parte Application to Continue Hearing Date for Defendants' Motion to Dismiss, and related documents. The ex parte application is GRANTED IN PART. The deadline to file a reply on the Motion to Dismiss is

extended to December 29, 2016; the hearing date for the Motion remains January 9, 2017, at 10:00 a.m.

**IT IS SO ORDERED**.

Date: December 22, 2016         By: _____
HON. MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE

CORE/3008422.0002/130735626.1