

FILED
CLERK, U.S. DISTRICT COURT
12/27/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiff(s)<br>v.<br>HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER, an individual; SCOTT WILLIAM MILLER, an individual; JAMES DOUGLAS WILSON, an individual,<br><br>Defendant(s). | CASE NUMBER 2:16-cv-08040-MWF-SK<br><br><br><br><br>**ORDER ON AMENDED APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| HOLLAND, JR., JAMES E. | of | STINSON LEONARD STREET LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 1850 North Central Avenue, Suite 2100 |
| 602-279-1600   602-240-6925 | | Phoenix, Arizona  85004 |
| *Telephone Number   Fax Number* | | |
| James.holland@stinson.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING; HARRY KENT BAKER; SCOTT WILLIAM MILLER; JAMES DOUGLAS WILSON

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

| Begakis, Nicholas J. | of | **LimNexus LLP** |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 1055 West Seventh Street, 28th Floor |
| 253588   213-955-9500   213-955-9511 | | Los Angeles, California  90017 |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* | | |
| nick.begakis@LimNexus.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded, ☒ not be refunded.

Dated: December 27, 2016

_____
U.S. District Judge