# EXHIBIT 1

James E. Holland, Jr. (021826)
Javier Torres (032397)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: james.holland@stinson.com
       javier.torres@stinson.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; CARPENTERS SOUTHWEST ADMINISTRATIVE CORP.,<br><br>Defendants. | No. 2:16-cv-03799<br><br>**DECLARATION OF JAMES DOUGLAS WILSON** |

I, James Douglas Wilson, declare as follows:

1. I am the Chief Financial Officer of HKB, Inc. I submit this declaration for the sole purpose of supporting Southwest's motion to dismiss this lawsuit based upon *forum non conveniens*.

2. HKB, Inc. is an Arizona corporation doing business in Arizona as Southwest Industrial Rigging ("Southwest"), with its principal place of business at 2802 W. Palm Ln., Phoenix, AZ 85009.

3. Southwest performs construction-related maintenance and repair work at the Palo Verde Nuclear Generating Station just west of Phoenix (the "Power Plant") twice a year for 4-6 weeks at a time.

CORE/3008422.0002/130546549.1

4. Southwest had previously used carpenters provided by the Construction Union to supplement its workforce for the maintenance and repair work at the Power Plant, but Southwest had never been required to sign a long-term union contract.

5. Southwest simply employed the individual Construction Union members on a piecemeal basis, paying the carpenters (and the Funds) for the work actually performed, but having no obligation beyond the temporary work provided at the Power Plant.

6. In mid-2013, Tom Allen, a salesman for Southwest, told his supervisors at Southwest that the Construction Union gave him a document titled "Southwest Regional Council of Carpenters – Carpenters Memorandum Agreement 2012-2016" (the "Memorandum"), which the Construction Union wanted Allen to sign on Southwest's behalf.

7. Because Tom Allen had no experience with such documents, had no authority to sign such documents, and had never seen such documents, Allen asked his supervisors for direction.

8. Allen's supervisors told him he did not have authority to enter such contracts, and indeed Southwest would not agree to the Memorandum.

9. Southwest could not evaluate the issue further because the Memorandum referenced several other documents that Southwest had never seen and did not have access to.

10. In one version of the Memorandum signed by Allen, Allen identified himself as a salesman: _Tom Allen   Sales_.

11. In another version of the Memorandum signed by Allen, Allen identified himself as a "local rep": _Tom Alle. – Local Rep._.

12. "Local Rep" is not a title Southwest uses or recognizes.

2

CORE/3008422.0002/130546549.1

13. Subsequent to Allen's signing of the Memorandum, and still unaware that Allen had signed the Memorandum, Southwest reiterated to Allen that he did not have authority to bind Plaintiff by signing such contracts on Plaintiff's behalf.

14. Consistent with past practices, Southwest paid for all services rendered by the union carpenters, including paying the plaintiff Funds.

15. On information and belief, Southwest's employees are not Construction Union members and do not receive Construction Union benefits.

16. The Funds' demand by itself actually exceeds the value of all services ever provided by the union carpenters for that time period.

17. During the time that Southwest used carpenters provided by the Construction Union, neither the Construction Union nor the Funds ever brought to Southwest's attention any expectation that Southwest was liable for any of the payments that Funds ultimately demanded as a result of the "audits."

18. After the Funds made their demand for additional money, Southwest immediately stopped hiring the union carpenters.

19. On information and belief: Southwest never knew that the union purported to offer a "benefit plan" for company managers; Southwest never knew that the managers would be deemed to be eligible for such benefits; and Southwest did not want the purported benefit plan.

20. I never received the benefits of any Construction Union benefit plan; I never knew I was deemed eligible to receive such benefits; and I never knew such benefits existed.

21. On information and belief, Southwest's managers: never received the benefits of any Construction Union benefit plan; never knew they were deemed eligible to receive such benefits; and never knew such benefits existed.

22. Southwest's principal place of business is in Phoenix, and Southwest has no offices, facilities, or personnel in California.

3

23. Southwest works in the construction industry and has a construction license, but it is only licensed in Arizona, not California.

24. Southwest does not own or lease any property in California.

25. Southwest has no staff in California.

26. Southwest does not have a California bank account, mailing address, post office box, statutory agent, or telephone number, nor does it advertise or otherwise solicit work in California. Southwest has never been party to a lawsuit in California.

27. Southwest works almost exclusively in Arizona.

28. Southwest has four office locations, all of which are in Arizona: two in Phoenix, one in Flagstaff, and one in Tucson.

29. I work and reside in Arizona.

30. Upon information and belief, Messrs. Harry Kent Baker ("Baker") and Scott William Miller ("Miller") work and reside in Arizona.

31. I do not own any property in California.

32. Upon information and belief, Messrs. Baker and Miller do not own any property in California.

33. I do not have a California phone number, address or other contact information.

34. Upon information and belief, Messrs. Baker and Miller do not have a California phone number, address or other contact information.

35. I have no contact with or affiliation with any lawyers, litigants, or witnesses in California.

36. Upon information and belief, Messrs. Baker and Miller have no contact with or affiliation with any lawyers, litigants, or witnesses in California.

37. I have never been party to a lawsuit in California.

38. Upon information and belief, Messrs. Baker and Miller have never been party to a lawsuit in California.

39. On information and belief, Tom Allen resides in the Phoenix area.

40. On information and belief, all of Southwest's anticipated party witnesses reside in the Phoenix area: Harry Baker, Owner and President; Mike Madge, V.P. of Operations; James Wilson, CFO; Scott William Miller, Officer; Michael Allen, Aaron Blaha, Thomas Brennan, Ryan Bryant, Daniel Estrada, Gary Goss, Harry Heiden, Robert Jacobi, Tracey Lay, Sam Melendez, Scott Nelson, Gregory Rasko, Robert Shearer, Bradley Bryan, Peter Francis, Curtis Howe, Lemanuel Jim, Paul Sewell, Southwest employees identified by Plaintiff's audit.

41. On information and belief, eight of the twenty-four union members provided to Southwest by the Construction Union reside in Arizona.

42. On information and belief, at the time he signed the Memorandum, Tom Allen was a Southwest employee living in Arizona who did not travel to California to negotiate or sign the Memorandum.

43. Southwest has never engaged the Construction Union to perform any work in California.

44. To the extent possible, Southwest avoids doing business in California due to increased employment and environmental regulations.

45. Only a small fraction of Southwest's heavy equipment could satisfy California's more stringent environmental regulations.

46. Southwest never sought out California workers from the Construction Union —the union merely provided workers to Southwest based on availability.

47. Attached as Exhibit A is a true and correct copy of a letter dated June 4, 2015, which Southwest received from Carpenters Southwest Administrative Corporation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

5

1  EXECUTED this 9th day of ~~March~~ Dec 2016 in  PHOENIX , Arizona.
2  By: James Douglas Wilson
3  James Douglas Wilson
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6

CORE/3008422.0002/130546549.1