UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 16-8040-MWF(AGRx)** | Dated: **January 9, 2017** |
| Title: | Carpenters Southwest Administrative Corporation, et al. -v- H K B, Inc., et al. | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Nichole Forrest |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Thomas L. Davis | James E. Holland, Jr. |
| | Nicholas J. Begakis |

**PROCEEDINGS:**   MOTION TO DISMISS THE CASE OR IN THE ALTERNATIVE TO TRANSFER VENUE [11]; JOINDER [12]

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                            : 13  min