# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:16–cv–08040–MWF–SK

| | |
|---|---|
| Carpenters Southwest Administrative Corporation et al v. H K B Inc et al | Date Filed: 10/28/2016 |
| Assigned to: Judge Michael W. Fitzgerald | Date Terminated: 01/17/2017 |
| Referred to: Magistrate Judge Steve Kim | Jury Demand: None |
| Demand: $500,000 | Nature of Suit: 791 Labor: E.R.I.S.A. |
| Cause: 29:1132 E.R.I.S.A.–Employee Benefits | Jurisdiction: Federal Question |

**Plaintiff**

**Carpenters Southwest Administrative Corporation**
*a California non–profit corporation*

represented by **Jodi Siegner**
DeCarlo and Shanley APC
533 South Fremont Avenue 9th Floor
Los Angeles, CA 90071–1706
213–488–4100
Fax: 213–488–4180
Email: jsiegner@deconsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Davis**
DeCarlo and Shanley APC
533 South Fremont Avenue 9th Floor
Los Angeles, CA 90071
213–488–4100
Fax: 213–488–4180
Email: tdavis@deconsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Board of Trustees for the Carpenters Southwest Trusts**

represented by **Thomas L Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi Siegner**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**H K B Inc**
*doing business as*
Southwest Industrial Rigging

represented by **James E Holland , Jr**
Stinson Leonard Street LLP
1850 North Central Avenue Suite 2100
Phoenix, AZ 85004–4584
602–279–1600

Fax: 602–240–6925  
Email: james.holland@stinson.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Javier Torres**  
Stinson Leonard Street LLP  
1850 North Central Avenue Suite 2100  
Phoenix, AZ 85004  
602–279–1600  
Fax: 602–240–6925  
Email: javier.torres@stinson.com  
*ATTORNEY TO BE NOTICED*

**Nicholas James Begakis**  
LimNexus LLP  
1055 West Seventh Street  
28th Floor  
Los Angeles, CA 90017  
213–955–9500  
Fax: 213–955–9511  
Email: nick.begakis@limnexus.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Harry Kent Baker** *an individual* | represented by | **James E Holland , Jr** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Javier Torres** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Nicholas James Begakis** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Scott William Miller** *an individual* | represented by | **James E Holland , Jr** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Javier Torres** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Nicholas James Begakis** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **James Douglas Wilson**<br>*an individual* | represented by **James E Holland , Jr**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Javier Torres**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas James Begakis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2016 | Ï 1 | COMPLAINT Receipt No: 0973–18799018 – Fee: $400, filed by plaintiffs Carpenters Southwest Administrative Corporation, Board of Trustees for the Carpenters Southwest Trusts. (Attachments: # 1 Declaration 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Attorney Jodi Siegner added to party Board of Trustees for the Carpenters Southwest Trusts(pty:pla), Attorney Jodi Siegner added to party Carpenters Southwest Administrative Corporation(pty:pla))(Siegner, Jodi) (Entered: 10/28/2016) |
| 10/28/2016 | Ï 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by plaintiffs Board of Trustees for the Carpenters Southwest Trusts, Carpenters Southwest Administrative Corporation. (Siegner, Jodi) (Entered: 10/28/2016) |
| 10/28/2016 | Ï 3 | CIVIL COVER SHEET filed by Plaintiffs Board of Trustees for the Carpenters Southwest Trusts, Carpenters Southwest Administrative Corporation. (Siegner, Jodi) (Entered: 10/28/2016) |
| 10/28/2016 | Ï 4 | Certification and Notice of Interested Parties filed by plaintiffs Board of Trustees for the Carpenters Southwest Trusts, Carpenters Southwest Administrative Corporation, (Siegner, Jodi) (Entered: 10/28/2016) |
| 10/28/2016 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Michael W. Fitzgerald and Magistrate Judge Steve Kim. (et) (Entered: 10/28/2016) |
| 10/28/2016 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (et) (Entered: 10/28/2016) |
| 10/28/2016 | Ï 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Harry Kent Baker, H K B Inc, Scott William Miller, James Douglas Wilson. (et) (Entered: 10/28/2016) |
| 11/08/2016 | Ï 8 | Notice of Appearance or Withdrawal of Counsel: for attorney Thomas L Davis counsel for Plaintiffs Board of Trustees for the Carpenters Southwest Trusts, Carpenters Southwest Administrative Corporation. Adding Thomas Davis as counsel of record for Carpenters Southwest Administrative Corporation; and Board of Trustees for the Carpenters Southwest Trusts for the reason indicated in the G–123 Notice. Filed by Plaintiffs Carpenters Southwest Administrative Corporation; and Board of Trustees for the Carpenters Southwest Trusts. (Attorney Thomas L Davis added to party Board of Trustees for the Carpenters Southwest Trusts(pty:pla), Attorney Thomas L Davis added to party Carpenters Southwest Administrative Corporation(pty:pla))(Davis, Thomas) (Entered: 11/08/2016) |

| | | |
|---|---|---|
| 11/10/2016 | Ï 9 | NOTICE TO PARTIES by District Judge Michael W. Fitzgerald. Effective November 17, 2016, Judge Fitzgerald will be located at the 1st Street Courthouse, COURTROOM 5A on the 5th floor, located at 350 W. 1st Street, Los Angeles, California 90012. All Court appearances shall be made in Courtroom 5A of the 1st Street Courthouse, and all mandatory chambers copies shall be hand delivered to the judge's mail box outside the Clerk's Office on the 4th floor of the 1st Street Courthouse. The location for filing civil documents in paper format exempted from electronic filing and for viewing case files and other records services remains at the United States Courthouse, 312 North Spring Street, Room G–8, Los Angeles, California 90012. The location for filing criminal documents in paper format exempted from electronic filing remains at Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Room 178, Los Angeles, California 90012. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrp) TEXT ONLY ENTRY (Entered: 11/10/2016) |
| 11/29/2016 | Ï 10 | PROOF OF SERVICE Executed by Plaintiff Carpenters Southwest Administrative Corporation, Board of Trustees for the Carpenters Southwest Trusts, upon Defendant H K B Inc served on 11/14/2016, answer due 12/5/2016. Service of the Summons and Complaint were executed upon Douglas Hamilton, Agent for service of process in compliance with California Code of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. (Davis, Thomas) (Entered: 11/29/2016) |
| 12/05/2016 | Ï 11 | NOTICE OF MOTION AND MOTION to Dismiss Complaint *or in the Alternative to Transfer Venue* filed by Defendants Harry Kent Baker, H K B Inc, Scott William Miller, James Douglas Wilson. Motion set for hearing on 1/9/2017 at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Re HKB's Motion to Dismiss or in the Alternative to Transfer Venue) (Attorney Javier Torres added to party Harry Kent Baker(pty:dft), Attorney Javier Torres added to party H K B Inc(pty:dft), Attorney Javier Torres added to party Scott William Miller(pty:dft), Attorney Javier Torres added to party James Douglas Wilson(pty:dft)) (Torres, Javier) (Entered: 12/05/2016) |
| 12/07/2016 | Ï 12 | NOTICE OF MOTION AND MOTION for Joinder in NOTICE OF MOTION AND MOTION to Dismiss Complaint *or in the Alternative to Transfer Venue* 11 filed by Defendants Harry Kent Baker, Scott William Miller, James Douglas Wilson. (Attachments: # 1 Exhibit 1) (Torres, Javier) (Entered: 12/07/2016) |
| 12/14/2016 | Ï 13 | [THIS DOCUMENT IS HEREBY STRICKEN PER ORDER 15 ] – APPLICATION of Non−Resident Attorney James E. Holland, Jr. to Appear Pro Hac Vice on behalf of Defendants Harry Kent Baker, H K B Inc, Scott William Miller, James Douglas Wilson (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−19055751) filed by Defendants Harry Kent Baker, H K B Inc, Scott William Miller, James Douglas Wilson. (Attachments: # 1 Proposed Order on Application of Non−Resident Attorney Appear Pro Hac Vice) (Torres, Javier) Modified on 12/15/2016 (jp). (Entered: 12/14/2016) |
| 12/15/2016 | Ï 14 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non−Resident Attorney James E. Holland, Jr. to Appear Pro Hac Vice on behalf of Defendants Harry Kent Baker, H K B Inc, Scott William Miller, James Douglas Wilson (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−19055751) 13 . The following error(s) was/were found: Local Rule 83−2.1.3.4 Local counsel does not maintain an office within the District. (lt) (Entered: 12/15/2016) |
| 12/15/2016 | Ï 15 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS RE: APPLICATION of Non−Resident Attorney James E. Holland, Jr. to Appear Pro Hac Vice on behalf of Defendants Harry Kent Baker, H K B Inc, Scott William Miller, James Douglas Wilson (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−19055751) 13 by Judge Michael W. Fitzgerald. The document is stricken and counsel is ordered to file an amended or corrected document by 12/22/2016. The amended application shall correct the deficiencies noted in the Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application (Docket No. 14). (jp) (Entered: 12/15/2016) |

| | | |
|---|---|---|
| 12/19/2016 | 16 | PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE re: NOTICE OF MOTION AND MOTION to Dismiss Complaint *or in the Alternative to Transfer Venue* 11 filed by Plaintiffs Board of Trustees for the Carpenters Southwest Trusts, Carpenters Southwest Administrative Corporation. (Attachments: # 1 Declaration of Richard Watanabe, # 2 Exhibit 8 Page 4 thru 29 to Decl of Watanabe, # 3 Exhibit 8 Page 30 thru 55 to Decl of Watanabe, # 4 Exhibit 9 to Decl of Watanabe, # 5 Declaration of Daniel M Shanley, # 6 Exhibit 1 to Decl of Shanley, # 7 Exhibit 4 to Decl of Shanley, # 8 Exhibit 5 to Decl of Shanley, # 9 Exhibit 6 to Decl of Shanley, # 10 Exhibit 7 to Decl of Shanley)(Davis, Thomas) (Entered: 12/19/2016) |
| 12/19/2016 | 17 | EXHIBIT Filed filed by Plaintiffs Board of Trustees for the Carpenters Southwest Trusts, Carpenters Southwest Administrative Corporation. *Exhibit 2 Attached to the Declaration of Daniel M. Shanley in Opposition to Defendants' Motion for Dismiss or, in the Alternative, to Transfer Venue* as to Objection/Opposition (Motion related),,, 16 . (Attachments: # 1 Exhibit 2 Page 1 thru 40, # 2 Exhibit 2 Page 41 thru 81, # 3 Exhibit 2 Page 81 thru 121, # 4 Exhibit 2 Page 122 thru 162)(Davis, Thomas) (Entered: 12/19/2016) |
| 12/21/2016 | 18 | EX PARTE APPLICATION to Continue Hearing from January 9, 2017 to January 23, 2017 filed by Defendants Harry Kent Baker, H K B Inc, Scott William Miller, James Douglas Wilson. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Proposed Order Proposed Order Re Ex Parte Application to Continue Hearing) (Torres, Javier) (Entered: 12/21/2016) |
| 12/21/2016 | 19 | Supplemental EX PARTE APPLICATION to Continue Hearing from January 9, 2017 to January 23, 2017 Re: EX PARTE APPLICATION to Continue Hearing from January 9, 2017 to January 23, 2017 18 filed by Defendants Harry Kent Baker, H K B Inc, Scott William Miller, James Douglas Wilson. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2) (Torres, Javier) (Entered: 12/21/2016) |
| 12/21/2016 | 20 | PLAINTIFFS OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO CONTINUE HEARING DATE re: EX PARTE APPLICATION to Continue Hearing from January 9, 2017 to January 23, 2017 18 , Supplemental EX PARTE APPLICATION to Continue Hearing from January 9, 2017 to January 23, 2017 Re: EX PARTE APPLICATION to Continue Hearing from January 9, 2017 to January 23, 2017 18 19 filed by Plaintiffs Board of Trustees for the Carpenters Southwest Trusts, Carpenters Southwest Administrative Corporation. (Davis, Thomas) (Entered: 12/21/2016) |
| 12/22/2016 | 21 | NOTICE of Appearance filed by attorney Nicholas James Begakis on behalf of Defendants Harry Kent Baker, Does, H K B Inc, Scott William Miller, James Douglas Wilson (Attorney Nicholas James Begakis added to party Harry Kent Baker(pty:dft), Attorney Nicholas James Begakis added to party H K B Inc(pty:dft), Attorney Nicholas James Begakis added to party Scott William Miller(pty:dft), Attorney Nicholas James Begakis added to party James Douglas Wilson(pty:dft), Attorney Nicholas James Begakis added to party Harry Kent Baker(pty:dft), Attorney Nicholas James Begakis added to party H K B Inc(pty:dft), Attorney Nicholas James Begakis added to party Scott William Miller(pty:dft), Attorney Nicholas James Begakis added to party James Douglas Wilson(pty:dft))(Begakis, Nicholas) (Entered: 12/22/2016) |
| 12/22/2016 | 22 | REPLY support NOTICE OF MOTION AND MOTION to Dismiss Complaint *or in the Alternative to Transfer Venue* 11 , NOTICE OF MOTION AND MOTION for Joinder in NOTICE OF MOTION AND MOTION to Dismiss Complaint *or in the Alternative to Transfer Venue* 11 12 *Re Application to Continue Hearing Date for Defendants' Motion to Dismiss* filed by Defendant H K B Inc. (Attachments: # 1 Exhibit A)(Torres, Javier) (Entered: 12/22/2016) |
| 12/22/2016 | 23 | Amended APPLICATION of Non−Resident Attorney James Edward Holland, Jr. to Appear Pro Hac Vice on behalf of Defendants Harry Kent Baker, Does, H K B Inc, Scott William Miller, James Douglas Wilson (Pro Hac Vice Fee − $325 Previously Paid on 12/14/2016, Receipt No. 0973−19055751) filed by defendants Harry Kent Baker, Does, H K B Inc, Scott William Miller, James Douglas Wilson. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Proposed |

| | | |
|---|---|---|
| | | Order) (Begakis, Nicholas) (Entered: 12/22/2016) |
| 12/22/2016 | 24 | ORDER by Judge Michael W. Fitzgerald: The Ex Parte Application to Continue 18 and Supplemental Ex Parte Application 19 are GRANTED IN PART, DENIED IN PART. The deadline to file a reply on the Motion to Dismiss is extended to December 29, 2016; the hearing date for the Motion remains January 9, 2017, at 10:00 a.m. IT IS SO ORDERED. (cw) (Entered: 12/22/2016) |
| 12/27/2016 | 25 | ORDER by Judge Michael W. Fitzgerald: The Application by Non−Resident Attorney James E. Holland, Jr. to Appear Pro Hac Vice 23 on behalf of Defendants HKB, Inc., an Arizona corporation, doing business as Southwest Industrial Rigging, Harry Kent Baker, Scott William Miller, and James Douglas Wilson, designating Nicholas J. Begakis as local counsel, is GRANTED. (cw) (Entered: 12/27/2016) |
| 12/29/2016 | 26 | REPLY in Support of NOTICE OF MOTION AND MOTION to Dismiss Complaint *or in the Alternative to Transfer Venue* 11 filed by Defendants Harry Kent Baker, H K B Inc, Scott William Miller, James Douglas Wilson. (Attachments: # 1 Exhibit Exhibit 1)(Torres, Javier) (Entered: 12/29/2016) |
| 01/09/2017 | 27 | MINUTES OF Motion to Dismiss the Case or in the alternative to Transfer Venue 11 ; Joinder 12 before Judge Michael W. Fitzgerald: The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called. Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue. Court Reporter: Nichole Forrest. (jp) (Entered: 01/09/2017) |
| 01/17/2017 | 28 | MINUTES (In Chambers): ORDER RE MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE 11 ; MOTION FOR JOINDER 12 by Judge Michael W. Fitzgerald. The Court GRANTS the Motion to Dismiss or, in the Alternative, to Transfer Venue. The Court GRANTS the Motion for Joinder. The Court ORDERS that this action be TRANSFERRED to the United States District Court for the District of Arizona. IT IS SO ORDERED. (MD JS−6. Case Terminated) (lom) (Entered: 01/17/2017) |