# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

| | | |
|---|---|---|
| **BRIAN D. KARTH**<br>DISTRICT COURT EXECUTIVE / CLERK OF COURT<br>SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130<br>401 WEST WASHINGTON STREET, SPC 1<br>PHOENIX, ARIZONA 85003-2118 | Visit our website at www.azd.uscourts.gov | **DEBRA D. LUCAS**<br>CHIEF DEPUTY CLERK<br>SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130<br>401 WEST WASHINGTON STREET, SPC 1<br>PHOENIX, ARIZONA 85003-2118<br><br>**MICHAEL S. O'BRIEN**<br>CHIEF DEPUTY CLERK<br>EVO A. DECONCINI U.S. COURTHOUSE<br>405 W. CONGRESS, SUITE 1500<br>TUCSON, ARIZONA 85701-5010 |

January 23, 2017

To: All Parties/Counsel of Record

      Re:   **Carpenters Southwest Administrative Corp, et al., v. HKB, Inc., et al., 2:16-cv-8040**

Dear Parties/Counsel of Record:

The above mentioned cause of action has been received in this district and has been assigned to the Honorable Diane J. Humetewa for all further proceedings. All future pleadings should now list the following complete case number: **CV-17-198-PHX-DJH**.

If any documents have been filed in California since the transfer of this case, please arrange with the Clerk there to send them to this office for filing. **All pending matters must be renoticed before this Court**.

Sincerely,

**BRIAN D. KARTH, DCE/CLERK**

By: s/M. Pruneau
     Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*